IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANTOINE SAMULE LEE, | : | Case No. 1:21-cv-559 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| JAY PATEL, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. After an independent review, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Complaint is **DISMISSED WITH PREJUDICE**. Because reasonable jurists would not disagree with this conclusion, the Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that for the reasons identified in the Report and Recommendation, an appeal of this Order would not be taken in good faith. This action is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND